RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 10/25/05
64

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 05-60062 |
| VERSUS | * | JUDGE HAIK |
| ALEXANDER ABRAHAM | * | MAGISTRATE JUDGE HILL |

## DETENTION ORDER

The defendant, Alexander Abraham, appeared for a detention hearing on October 24, 2005. After considering the evidence and submissions the undersigned orders that the defendant be **detained** pending trial.

## FINDINGS OF FACT

There is a serious risk that the defendant will endanger the safety of another person or the community in that there is a serious risk that the defendant will obstruct or attempt to obstruct justice or threaten injure or intimidate or attempt to threaten injure or intimidate a prospective witness.

## WRITTEN REASONS FOR DETENTION

I find that the credible testimony and information submitted at the hearing establishes by clear and convincing evidence that: (1) the defendant possessed an unregistered shotgun (barrel length of less than eighteen inches) on April 26, 2005; (2) that on that date the defendant menaced and/or threatened various of his neighbors with the shotgun, all of whom are prospective witnesses herein; (3) that on that date the defendant was looking for a person with whom he had a previous altercation with the stated intent of doing physical harm to that person;

(4) the defendant told several Lafayette City Marshals at the time of his arrest at a later time on different charges that he would have physically harmed them if he had his "sawed off"; (5) the defendant has approximately 24 arrests since 1999 for various charges, some of which involve illegal drugs and/or violence; (6) the defendant was diagnosed with schizo-affective personality disorder in April 2004 which required in-patient mental health hospitalization because the defendant was having hallucinations with suicidal and homicidal ideations; (7) the defendant absented himself from recommended out-patient mental health treatment in September 2004; (8) while the defendant's organic brain dysfunction may be controlled with medication, there is no way for the court to reasonably assure itself that the defendant would maintain his medication once the medication reached a therapeutic level in the defendant's blood; (9) in the absence of medication, the defendant's schizo-affective personality disorder will likely continue to manifest itself.

## DIRECTIONS REGARDING DETENTION

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correction facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Lafayette, Louisiana, October 25, 2005.

COPY SENT
DATE 10-25-05
BY CB
TO U.S.M
  U.S.P.
  RTH
  GR

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE