RECEIVED

JUL - 6 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 05-60062** |
| **VERSUS** | * | **JUDGE HAIK** |
| **ALEXANDER ABRAHAM** | * | **MAGISTRATE JUDGE HILL** |

## ORDER

Pursuant to Tile 18 United States Code, Section 4241(d), the defendant was committed to the custody of the Attorney General for the purpose of having the defendant hospitalized in a suitable treatment facility for a reasonable period of time, not to exceed four months, for the purpose of determining if there is a substantial probability that in the foreseeable future, the defendant will obtain the capacity to permit the trial to proceed. [rec. doc. 38]. At the request of the Warden of FCC Butner;

**IT IS HEREBY ORDERED** that the period of time for the defendant's hospitalization is hereby extended until **October 3, 2006.**

**IT IS FURTHER ORDERED THAT THE CLERK** shall forward a copy of the Warden's June 23, 2006 written request to counsel of record Pride J. Duran and AUSA John Luke Walker, and file same in the record and **under seal**.

Signed at Lafayette, Louisiana on July 6, 2006.

COPY SENT:
DATE: 7-6-06
BY: ___
TO: ___

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE